# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## AFFIDAVIT

I, Anthony Cable, being first duly sworn, do hereby depose and state that:

1. Your affiant is a Deputy United States Marshal (DUSM) stationed in Springfield, Missouri. I have been employed with the United States Marshal Service (USMS) since 2008. Your affiant is authorized to conduct investigations in violations of Title 18, United States Code, Sections 751 and 4082. The statements contained in this affidavit are based on information your affiant has obtained during the course of this investigation or that have been provided to him by other law enforcement officers. This affidavit is not intended to include each and every fact and matter observed by me or known to the Government; instead, it is submitted solely as the basis for probable cause for a criminal complaint.

2. This affidavit is written in support of a criminal complaint, charging SHANNON D. WREN, also known as Shannon D. Gaston (DOB: December 12, 1978, SSN: 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), under Title 18, United States Code, Sections 751(a) and (b), and 4082(a), for Escape from the Custody of the Attorney General or his Authorized Representative.

3. On August 5, 2009, WREN was indicted in the Western District of Missouri in Case Number 09-05023-01-CR-SW-RED, for the charge of Possession of a Firearm by a Felon.

4. On March 3, 2010, WREN pleaded guilty to Possession of a Firearm by a Felon, pursuant to Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

5. On July 27, 2010, WREN was sentenced in United States District Court, Western District of Missouri, to 63 months' incarceration, followed by three years of supervised release.

6. On June 12, 2018, in preparation for his release from the Bureau of Prisons and being placed on supervised release, WREN's Bureau of Prison institutional custody was transferred from the Federal Correctional Center (FCC) in Terre Haute, Indiana, to the Alpha House Residential Reentry Center (Alpha House) in Springfield, Missouri, a location within the Western District of Missouri. As a part of this transfer, WREN was furloughed by the Bureau of Prisons from FCC Terre Haute, Indiana, to the Alpha House. WREN was ordered to report to the Alpha House no later than June 13, 2018 at 6:00 A.M. The Alpha House was an institutional facility that WREN was lawfully designated to report

1

to at the direction of the Attorney General of the United States. WREN never reported to the Alpha House.

7. To facilitate such furlough, the Bureau of Prisons purchased WREN a Greyhound bus ticket from Indianapolis, IN to Springfield, MO. The ticket itinerary stated that the bus would leave Indianapolis, IN on June 12, 2018, at 06:35 P.M. and, after several stops, arrive in Springfield, MO on June 13, 2018, at 05:15 A.M.

8. Prior to leaving FCC Terre Haute, WREN signed a furlough application. The application explained that if WREN failed to report to the Alpha House on June 13, 2018 before 06:00 A.M., it would be considered an escape and punishable as provided in Title 18, United States Code, Section 751.

9. On June 13, 2018, after WREN failed to report to the Alpha House by the required time, the Bureau of Prisons issued an escape notice for WREN.

10. On June 20, 2018, Deputy U.S. Marshal (DUSM) Anthony Cable interviewed WREN's assigned case manager (CM), Molly Gallen, at the Alpha House in Springfield. CM Galen stated she has had no contact with WREN.

11. On June 20, 2018, DUSM Cable contacted WREN's case manager (CM) at Terre Haute, IN, Duane Bedford. CM Bedford provided DUSM Cable WREN's furlough application. CM Bedford stated he has had no contact with WREN since he left the facility.

12. Based on the above information, I, DUSM Cable, believe probable cause exists to charge WREN with a violation of Title 18, United States Code, Sections 751 and 4082(a), Escape.

_____
DUSM Anthony Cable
U.S. Marshals Service

Sworn and subscribed to before me this 22nd day of June, 2018

_____
David P. Rush
United States Magistrate Judge